521 W 126th Street
New York, New York 10027
Email: ndemenoh78@yahoo.com
October 13th, 2020

Honorable Judge Ronnie Abrams
United States District Judge for the Southern District, New York
500 Pearl Street
New York, New York 10007

Dear Judge Abrams,

**AWAITING SUMMONS**
**RE: NDEMENOH V BOUDREAU et al, (1:20-cv-04492)**

I have been notified that the above-referenced case has been reassigned to you. I submitted the amended complaint following an order to amend by the former Judge Hon. Louis Stanton and it was entered into the system on September 21, 2020.
Please I am awaiting the issuance of summons.

Thank you,
Respectfully,

Bassey Ndemenoh
(plaintiff)