UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASSEY B. NDEMENOH,

                 Plaintiff,

v.

VINCENT BOUDREAU; WILLIAM C. THOMPSON JNR.; ANTHONY LAPERUTA; WENDY THORNTON; GEORGE RHINEHART; TANNI BAIDYA,

                 Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-16-20

20-CV-4492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Vincent Boudreau, William C. Thompson, Jr., Anthony Laperuta, Wendy Thornton, George Rhinehart, and Tanni Baidya. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:    October 16, 2020
              New York, New York

RONNIE ABRAMS
United States District Judge