UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSEY B. NDEMENOH, | **USDC-SDNY** <br> **DOCUMENT** <br> **ELECTRONICALLY FILED** <br> **DOC#:** <br> **DATE FILED:** |
| Plaintiff, | 20-CV-4492 (RA) |
| v. | ORDER |
| VICENT BOUDREAU, *et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

On Friday, April 16, Defendants filed a motion to dismiss the first amended complaint. Dkt. 27. If Plaintiff wishes to file an opposition to this motion, he must do so no later than May 21, 2021. Defendants' reply, should they wish to file one, shall be due no later than June 4, 2021.

Plaintiff is reminded that free legal assistance may be available to him should he find that he needs it. The New York Legal Assistance Group ("NYLAG"), which is an independent free legal clinic, may be able to assist him. Plaintiff can reach NYLAG by calling (212) 613-500 or emailing info@nylag.org.

The Clerk of Court is respectfully directed to mail a copy of this order, as well as the motion at docket entry 27 and the memorandum of law at docket entry 28, to Plaintiff.

SO ORDERED.

Dated:   April 20, 2021
        New York, New York

RONNIE ABRAMS
United States District Judge