AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| BASSEY B. NDEMENOH, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-cv-4492 (RA) |
| VINCENT BOUDREAU, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BASSEY B. NDEMENOH, the Plaintiff                                                                                    .

Date:     04/28/2021

/s/ Samuel C. DePaola
*Attorney's signature*

Samuel C. DePaola (SD0622)
*Printed name and bar number*

Sim & DePaola, LLP
4240 Bell Blvd - Ste 201
Bayside, NY 11361

*Address*

sdepaola@simdepaola.com
*E-mail address*

(718) 281-0400
*Telephone number*

(718) 631-2700
*FAX number*