UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/16/21
```

BASSEY NDEMENOH,

                Plaintiff

v.

VINCENT BOUDREAU, *et al.*,

                Defendants.

No. 20-CV-4492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The conference scheduled for tomorrow, September 17, 2021 at 4:00 pm, is rescheduled to September 17, 2021 at 12:00 pm.

SO ORDERED.

Dated:    September 16, 2021
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge