UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/21/21
```

BASSEY NDEMENOH,

                Plaintiff

v.

VINCENT BOUDREAU, *et al.*,

                Defendants.

No. 20-CV-4492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at Friday's conference, Plaintiff is granted leave to file his Second Amended Complaint, and the complaint will be considered timely. Dkt. 44. Plaintiff shall refile the Second Amended Complaint with this order attached. Furthermore, Plaintiff's application for relief due to Defendants' counsel's failure to file a formal notice of appearance is denied. Dkt. 45.

SO ORDERED.

Dated:    September 21, 2021
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge