UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bassey B. Ndemenoh,<br><br>                              Plaintiff,<br><br>                    v.<br><br>Vincent Boudreau, *et al.*,<br><br>                              Defendants. | 20-CV-4492 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 21, 2021, the Court granted Plaintiff leave to file a second amended complaint, and he did so on September 24, 2021.  As of today's date, no proof of service has been filed with the respect to the Second Amended Complaint, which added sixteen new defendants.  Plaintiff is hereby ORDERED to file proof of service on the docket no later than February 4, 2022.  If he fails to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is further ORDERED that, in light of the filing of the Second Amended Complaint, the motion to dismiss the First Amended Complaint, filed in April 2021, is denied as moot.  The Clerk of Court is respectfully requested to close Dkt. 27.

SO ORDERED.

Dated:    January 28, 2022
              New York, New York

_____
RONNIE ABRAMS
United States District Judge