UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BASSEY B. NDEMENOH,

                                   Plaintiff,

-against-

CITY UNIVERSITY OF NEW YORK,
TANNI BAIDYA, VINCENT
BOUDREAU, JUANA REINA,
ANTHONY LAPERUTA, RONDELL
GOPPY, WILLIAM THOMPSON, JR.,
GEORGE RHINEHART, WENDY
THORNTON, DONICE MOREAU,
RAMON PORTILLO, GUILLERMO
SUAREZ, ALBERT TROTTER,
LOURON HALL, PAUL
OCHIOGROSSO, PASQUALE
MORENA, FELIX RODRIGUEZ,
WILLIAM BARRY, DEE MOZELESKI,
CITY OF NEW YORK, MICHAEL
LEDERHANDLER and ALEXANDRA
COVELESKI,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF DEFENDANT CITY OF NEW YORK'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

20 Civ. 4492 (RA)

      **PLEASE TAKE NOTICE** that upon the Declaration of Andrea Osgood, dated March 10, 2022, and exhibits annexed thereto, the accompanying Memorandum of Law, dated March 10, 2022, and all pleadings and proceedings previously had herein, defendant City of New York will move before the Honorable Ronnie Abrams, on March 10, 2022, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, for an order to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served by March 24, 2022; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by March 31, 2022.

Dated: New York, New York
       March 10, 2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street, Room 3-308
New York, New York 10007
Phone: (212) 356-2424

By:    */s/ Andrea Osgood*

       Andrea Osgood
       *Assistant Corporation Counsel*
       Special Federal Litigation Division

cc:    **BY ECF**
       Samuel Christopher DePaola, Esq
       Sim & DePaola, LLP
       *Attorney for plaintiff*