0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20mc197
Judge McMahon

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

THIS MATTER RELATES TO: Suspension of Jury Trials as a Result of Covid-19 and the Limitation of Court Operations (Third Standing Order)

M-10-468 (CM)

STANDING ORDER

WHEREAS, the President of the United States has declared a national emergency and the Governor of New York has banned mass gatherings in the state, encouraged persons in the state to remain home, and ordered the closure of non-essential businesses in response to the spread of COVID-19; and

WHEREAS on Thursday, April 16, 2020, the Governor extended the ban on non-essential travel within the State until May 16, 2020; and

WHEREAS, the current public health crisis continues to cause extraordinary disruption throughout this District, including, but not limited to the temporary closure of offices; the imposition of travel restrictions and discouragement of the use of mass transportation; the dislocation of many residents; and disruptions and delays in the use of the mails;

WHEREAS, the calling and processing of jurors cannot be accomplished remotely; and

WHEREAS, in recognition of this fact, by Standing Order dated March 13, 2020, the Chief Judge of this Court suspended the conduct of jury trials in this district until April 27, 2020; and

WHEREAS, the conduct of jury trial in this district was extended until June 1, 2020 by subsequent Standing Order dated March 27, 2020; and

WHEREAS, the Clerk of Court has ordered all persons working in the Jury Unit to remain at home until (i) the Governor's ban on non-essential travel is lifted, and (ii) their workplace can be made safe in a socially distanced manner; and

WHEREAS it requires a minimum of four weeks to call together a venire panel; and

WHEREAS, in the current circumstances it is prudent to provide additional time for the assembling of a venire panel, especially as the demand for commencing jury trials is anticipated to exceed normal requirements; and

WHEREAS, it is possible that the calling of a new Grand Jury will have to take precedence over any call for petit jurors; and

WHEREAS, because of constantly changing circumstances, judges and parties are having great difficulty trying to schedule jury trials, both civil and criminal;

IT IS HEREBY ORDERED, that the conduct of jury trials in this district be and hereby is suspended until further order of the court.

Entered at New York, New York on this 20th day of April, 2020

IT IS SO ORDERED.

_____
Chief Judge