

| HON. SYLVIA O. HINDS-RADIX | THE CITY OF NEW YORK | ANDREA OSGOOD |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Assistant Corporation Counsel* |
| | 100 CHURCH STREET | phone: (212) 356-2424 |
| | NEW YORK, N.Y. 10007 | fax: (212) 356-3509 |
| | | aosgood@law.nyc.gov |

June 14, 2022

**BY ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Bassey B. Ndemenoh v. City of New York, et al.</u>, 20 Civ. 04492 (RA)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendant City of New York ("City") in the above-referenced matter. Defendant respectfully requests that the conference scheduled for Friday, June 17, 2022 at 11:30 a.m. be adjourned to a time after 1:00 p.m. on June 17, 2022. This is defendant City's first request to adjourn the conference. All of the parties consent to this request and are available to appear before Your Honor that afternoon.

      The reason for this request is that the undersigned has another conference scheduled on June 17, 2022 in the matter of <u>William Colon v. City of New York, et al.</u>, 19-CV-5387 (DLI) (CLP) before the Honorable Cheryl L. Pollack in the Eastern District of New York at 11:15 a.m., which was ordered on March 29, 2022. Accordingly, defendant City respectfully requests that the conference be adjourned to the afternoon of June 17, 2022.

      Thank you for your consideration herein.

Respectfully submitted,

    /s/ *Andrea Osgood*
Assistant Corporation Counsel
Special Federal Litigation Division

Application granted. The conference is adjourned to 2:45 p.m. on June 17, 2022.

SO ORDERED.

_____
Hon. Ronnie Abrams
06/15/22