UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASSEY NDEMENOH,

                Plaintiff,

v.

VINCENT BOUDREAU, *et al.*,

                Defendants.

No. 20-CV-4492 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Consistent with the Court's directive at the telephone conference held on June 17, 2022, Plaintiff shall serve each of the new Defendants with the Second Amended Complaint by July 1, 2022.

    Moreover, by July 8, 2022, Plaintiff shall submit proof of service as to each Defendant, as well as an additional submission articulating precisely how each of the Defendants added in the Second Amended Complaint were served, explaining why such service was proper, and citing to the relevant portions of the Federal Rules of Civil Procedure or New York Civil Practice Law and Rules. When appropriate, he should also respond to Defendants' assertions that service was improper. *See, e.g.,* Defs.' Feb. 3, 2022 Letter (stating that Felix Matos-Rodriguez, Michael Lederhandler, Juana Reina, Rondell Goppy, William Barry and Alexandra Coveleski "do not work at City College and cannot be served there under CPLR 308(2)").

    No adjournments will be granted, and failure to comply with these deadlines will result in dismissal of these Defendants pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated:    June 22, 2022
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge