USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/12/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BASSEY B. NDEMENOH,

               Plaintiff,

      v.

VINCENT BOUDREAU, WILLIAM C. THOMPSON, ANTHONY LAPERUTA, WENDY THORNTON, GEORGE RHINEHARD, TANNI BAIDYA, and WILLIAM THOMPSON, JR.,

               Defendants.

No. 1:20-cv-4492 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff contacted Chambers on October 11, 2022, indicating that he has been unable to reach his attorney in the past six months, despite multiple attempts by phone and email. No later than October 25, 2022, Plaintiff's counsel shall notify the Court whether or not he is in a position to continue to represent Plaintiff. Plaintiff is advised that he may contact the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York, which is independent from the Court, to seek assistance with this case. Attached to this order is a flyer containing information about the NYLAG clinic. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    October 12, 2022
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York.  The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

**Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays**

_____

**The Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

**Open Wednesday
1 p.m. - 5 p.m.
Closed on federal and court holidays**

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.


a beneficiary of UJA Federation of New York