Application granted.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
10/14/2022



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 13, 2022

**By ECF**
Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Ndemenoh v. Boudreau, et al.*, No. 20-4492 (RA)

Dear Judge Abrams:

  This Office represents Defendants Vincent Boudreau, William C. Thompson, Anthony Laperuta, Wendy Thornton, George Reinhart, and Tanni Baiyda (collectively, "Defendants") in the above-captioned action. I respectfully write, with Plaintiff's consent, to request an extension of 30 days, from October 18, 2022 to November 18, 2022, for Defendants to answer or otherwise respond to the Second Amended Complaint.

  This requested extension is necessary due to several other significant professional obligations that Defendants' counsel must meet in the next few weeks in multiple cases, including an unanticipated, additional submission to accompany a pending summary judgment motion in a class action lawsuit in the Eastern District of New York. Plaintiff's counsel has consented to the extension requested herein.[1] This is Defendants' second request for an extension of the deadline to respond to the Second Amended Complaint.[2]

  For the reasons set forth herein, Defendants respectfully request that the deadline for their response to the Second Amended Complaint be extended to November 18, 2022.

  Thank you for your consideration of this request.

Respectfully submitted,

  /s/
Mark R. Ferguson
Assistant Attorney General
(212) 416-8635

---

[1] I spoke with Ataur Raquib at Sim & DePaola, LLP, who confirmed that he and his firm still represent Plaintiff herein.

[2] The first request was due to the departure of my colleague, who had represented Defendants in this matter for the last 1½ years (ECF No. 104).