

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 29, 2023

**By ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Ndemenoh v. Boudreau, et al.*, 20-cv-4492 (RA)

Dear Judge Abrams:

On behalf of the remaining Defendants in the above referenced action, I write, with Plaintiff's consent, to request an extension of three weeks, from October 3, 2023 to October 24, 2023, to provide a joint letter to the Court proposing next steps for this action.

I respectfully request this extension of time so that my Office can fully evaluate this matter in light of the Court's September 19, 2023 Opinion and Order (ECF No. 121) and determine how best to proceed. This is the first request for an extension of time to provide a joint letter to the Court proposing next steps.

Thank you for your consideration of this request.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 3, 2023

Respectfully submitted,

_____/s/_____
Mark R. Ferguson
Assistant Attorney General
(212) 416-8635

Cc (via ECF):  All counsel.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov