



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 20, 2023

**By ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *Ndemenoh v. Boudreau, et al.*, 20-cv-4492 (DEH)(GS)

Dear Judge Ho:

On behalf of the remaining Defendants in the above referenced action, I write to request an extension of two weeks, from October 24, 2023 to November 7, 2023, to provide a joint letter to the Court proposing next steps for this action.

I respectfully request this extension of time as my Office continues to evaluate this matter in light of the Court's September 19, 2023 Opinion and Order (ECF No. 121) and determines how best to proceed. This is the second request for an extension of time to provide a joint letter to the Court proposing next steps. At this time, the parties are not currently scheduled for any upcoming appearances before the Court. I reached out to Plaintiff's counsel via email regarding this request but received no response.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Mark R. Ferguson
Assistant Attorney General
(212) 416-8635
Mark.Ferguson@ag.ny.gov

Cc (via ECF):  All counsel

Application GRANTED. Parties are directed to file on ECF a joint letter by **November 7, 2023**.

The Clerk of Court is respectfully directed to terminate ECF No. 125.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: October 23, 2023
New York, New York

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● http://www.ag.ny.gov