UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSEY B. NDEMENOH,<br><br>                              Plaintiff(s),<br><br>v.<br><br>VINCENT BOUDREAU, et al.,<br><br>                              Defendant(s). | 20-CV-4492 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Having been informed, at ECF No. 131, that Defendant Tanni Baidya has retained counsel, Counsel for Ms. Baidya is directed to file a Notice of Appearance on ECF by **December 18, 2023.**

SO ORDERED.

Dated: December 13, 2023
New York, New York

_____
DALE E. HO
United States District Judge