UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASSEY B. NDEMENOH,<br><br>      Plaintiff(s),<br><br>   v.<br><br>VINCENT BOUDREAU, et al.,<br><br>      Defendant(s). | 20-CV-4492 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Counsel are directed to confer with each other and file a proposed Civil Case Management Plan and Scheduling Order by **January 12, 2024.** The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at: https://nysd.uscourts.gov/hon-dale-e-ho.

  Furthermore, Defendants shall file an Answer to the Second Amended Complaint (ECF No. 51) by **January 19, 2024.**

SO ORDERED.

Dated: December 19, 2023
   New York, New York

                           DALE E. HO
                        United States District Judge