UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BASSEY B. NDEMENOH,

                        Plaintiff,                   **20 Civ. No. 4492 (GS)**

      -against-                               **VIDEO STATUS<br>CONFERENCE ORDER**

ANTHONY LAPERUTA, GEORGE
RHINEHART and TANNI BAIDYA,

                        Defendant.
      -and-

ANTHONY LAPERUTA and GEORGE RHINEHART

                        Third-Party Plaintiffs,
      -against-

CITY UNIVERSITY OF NEW YORK
                        Third-Party Defendant.

------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference for **Thursday, May 30, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. Meeting ID: [**222 486 700 239**]   Passcode: [**n8vWVu**]

       SO ORDERED.

DATED:    New York, New York
               March 28, 2024

                                                                                                   The Honorable Gary Stein<br>                                                                              United States Magistrate Judge