UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BASSEY B. NDEMENOH,

                           Plaintiff,

        -against-

VINCENT BOUDREAU *et al*,

                           Defendants.
        -and-

ANTHONY LAPERUTA and GEORGE
RHINEHART,

                         Third-Party Plaintiffs,

        -against-

CITY UNIVERSITY OF NEW YORK,

                       Third-Party Defendants.
------------------------------------------------------------------X

**20 Civ. No. 4492 (GS)**

**VIDEO STATUS
CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, September 10, 2024 at 10:00 a.m.**  The parties are directed to submit a joint status letter no later than **Friday, September 6, 2024** advising the court as to the status of this matter.  Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [275 967 453 942]  Passcode: [HvAJTB]**

      SO ORDERED.

DATED:    New York, New York
              May 31, 2024

*/s/ Gary Stein*
_____
The Honorable Gary Stein
United States Magistrate Judge