UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BASSEY B. NDEMENOH,

                           Plaintiff,

      -against-

VINCENT BOUDREAU *et al*,

                         Defendants.
      -and-

ANTHONY LAPERUTA and GEORGE RHINEHART,

                         Third-Party Plaintiffs,

      -against-

CITY UNIVERSITY OF NEW YORK,

                         Third-Party Defendants.

**20 Civ. No. 4492 (GS)**

**TELEPHONE STATUS CONFERENCE ORDER**

------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Status Conference on **Wednesday, January 08, 2025 at 10:00 a.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. Counsel is directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 556 695 80#.**

      SO ORDERED.

DATED:    New York, New York
               September 20, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge