UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BASSEY B. NDEMENOH,

                            Plaintiff,

      -against-

VINCENT BOUDREAU *et al*,

                           Defendants.
      -and-

ANTHONY LAPERUTA and GEORGE RHINEHART,

                           Third-Party Plaintiffs,

      -against-

CITY UNIVERSITY OF NEW YORK,

                           Third-Party Defendants.

------------------------------------------------------------------X

**20 Civ. No. 4492 (GS)**

**BRIEFING SCHEDULE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       A status conference was held on January 8, 2025. Defendants Anthony Laperuta, George Rhinehart, and Tanni Baidya intend to move for summary judgment. As stated on the record, the summary judgment briefing schedule is as follows:

- Defendants' moving papers are due by Friday, February 14, 2025.
- Plaintiff's Opposition is due by Friday, March 14, 2025.
- Defendants' Replies are due by Friday, March 28, 2025.

     **SO ORDERED.**

DATED:    New York, New York
              January 8, 2025

                                                   The Honorable Gary Stein
                                                   United States Magistrate Judge