UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

BASSEY B. NDEMENOH

                      Plaintiff,                  20 **CIVIL** 4492 (GS)

      -against-                                  **JUDGMENT**

ANTHONY LAPERUTA, GEORGE RHINEHART, and
TANNI BAIDYA,

                    Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 26, 2025, Defendants' motions for summary judgment are GRANTED. Baidya's motion for sanctions is DENIED. Judgment entered for Defendants. Accordingly, the case is closed.

**Dated:**  New York, New York

      September 29, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                 **BY:**

                                                           **Deputy Clerk**